UNITED STATES DISTRICT COURT9
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -  X
                                     :
UNITED STATES OF AMERICA             :
                                     :     **UNSEALING ORDER**
              - v. -                 :
                                     :     S10 19 Cr. 463 (DLC)
DAVID MALEH,                         :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - -  X

      Upon application of the United States of America, by and through Assistant United States Attorneys Stephanie Lake, Sheb Swett, and Aline Flodr;

      It is found that the Indictment S10 19 Cr. 463 (DLC) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that Indictment S10 19 Cr. 463 (DLC) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
      August19, 2020

                          _____
                          DENISE COTE
           United States District Judge