```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :    S10 19cr0463(DLC)
                                     :
              -v-                    :         ORDER
                                     :
DAVID MALEH,                         :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

An Order dated August 19, 2020 unsealed Indictment S10 19cr463. On September 29, the Government informed the Court that the defendant had been arrested. On September 30, the defendant was arraigned by the Magistrate Judge and entered a plea of not guilty. The defendant consented to detention without prejudice to a future application for bail. An Order of September 3, 2020, advised all of the defendants who have previously appeared, that trial is scheduled for December 8, 2020. It is hereby

ORDERED that a telephone conference with the Government and counsel for defendant Maleh will be held on **October 2, 2020** at **12 p.m.**

IT IS FURTHER ORDERED that this conference will proceed without the participation of the incarcerated defendant because of the limitations on the Court's ability to arrange for the participation of incarcerated defendants in remote proceedings during the pandemic.

IT IS FURTHER ORDERED that counsel shall order a copy of the transcript of the conference and promptly after its receipt either provide a copy of the transcript or read it to the defendant.

IT IS FURTHER ORDERED that the dial-in credentials for the **October 2** telephone conference are the following:

        Dial-in:       888-363-4749
        Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          October 1, 2020

                                        _____
                                            DENISE COTE
                                        United States District Judge