```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    S10 19cr463 (DLC)
                                     :
            -v-                      :         ORDER
                                     :
DAVID MALEH,                         :
                      Defendant.     :
                                     :
------------------------------------X

DENISE COTE, District Judge:

   The Court received defense counsel's letter dated October 14, 2020 requesting that the Court schedule a bail hearing in this matter.  It is hereby

   ORDERED that a bail review is scheduled for **Thursday, October 22, 2020,** at **2:00 p.m.** in which counsel for the defendant and the Government shall participate.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:        888-363-4749
        Access code:    4324948

   IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         October 15, 2020

                                    _____
                                         DENISE COTE
                                  United States District Judge