UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    S10 19cr463 (DLC)
                                        :
         -v-                            :    ORDER
                                        :
DAVID MALEH,                            :
                                        :
                      Defendant.        :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020

DENISE COTE, District Judge:

    Criminal jury trials have resumed in the Southern District of New York. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between January and March 2021.

    The trial in this case is scheduled to occur on **March 15, 2021**. If the defendant wishes to resolve the charges by entering a plea of guilty, it is anticipated that he will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **November 6, 2020** whether the defendant currently intends to proceed to trial.

Dated:  New York, New York
        October 16, 2020

                                 _____
                                          DENISE COTE
                                  United States District Judge