# The Law Firm
# Fleming . Ruvoldt PLLC

A Professional Limited Liability Company incorporated in New York

**Cathy Fleming**
cfleming@flemingruvoldt.com
(201) 518-7907 (direct)

800 Third Avenue
28th floor
New York, NY 10022
(212) 600-9537

15 Engle Street
Suite 100
Englewood, NJ 07631
(201) 518-7878

December 8, 2020

**By ECF**
Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **United States v. David Maleh**
              **19 Cr. 463 (DLC)**

Dear Judge Cote:

      Please be advised that as of this date, defendant David Maleh is still intending to go to trial on March 15, 2021. If that changes, we will advise the Court expeditiously.

                                  Respectfully submitted,

                                  Cathy Fleming

Cc:    AUSA Sebastian Swett
        AUSA Stephanie Lake
        AUSA Aline Flodr