```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      19Cr463 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
EMILIANO BOMBA and DAVID MALEH,          :
                                         :
                  Defendants.            :
                                         :
---------------------------------------- X
```
DENISE COTE, District Judge:

    Trial in this case was set for March 15, 2021.  The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic.  On December 8, 2020 the Clerks' Office notified district judges of the dates on which jury selection could commence during January through March 2021 in the reconfigured spaces.  Accordingly, the parties are hereby

    NOTIFIED that the trial in this action will commence with jury selection on **Tuesday, March 16, 2021**.  It is hereby

    ORDERED that the Voir Dire requests and Requests to Charge for these two defendants are due **March 9** at **noon**.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **March 12, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
         December 11, 2020

```
                              _____
                                    DENISE COTE
                            United States District Judge
```