```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    19cr463 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
DAVID MALEH,                             :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Because of the pandemic, the assignment of a reconfigured courtroom for the conduct of a jury trial is a centrally-controlled function. A December 11, 2020 Order notified the parties that the trial in this action would commence with jury selection on March 16, 2021 in one of those centrally-assigned courtrooms. The Order required the Voir Dire requests and Requests to Charge to be submitted by noon on March 9 and scheduled the final pretrial conference for March 12 at 10 a.m.

On February 8, the Government requested that a change-of-plea hearing be scheduled. The Government noted that the plea would involve the transfer of an indictment from the Southern District of Florida to the Southern District of New York pursuant to Rule 20. Counsel were informed that the Court would arrange for a conference to occur on March 5.

Defense counsel has informed this Court's Chambers of difficulties in arranging to meet with her client, who is housed

at the Metropolitan Correctional Center, to discuss a plea agreement. As of today, no Rule 20 transfer has been received. Accordingly, it is hereby

ORDERED that the Government shall advise the Court in a written letter filed on ECF by **noon** on **February 25** of the status of the Rule 20 transfer.

IT IS FURTHER ORDERED that the Government shall assist defense counsel in arranging with the Bureau of Prisons for an in-person, telephone or videoconference meeting this week with her client.

IT IS FURTHER ORDERED that the Government shall advise the Court by **noon** on **February 25** in a written letter filed on ECF of the schedule for defense counsel and the defendant to confer.

Dated:   New York, New York
         February 23, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge