```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :    S10 19cr463 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
 DAVID MALEH,                            :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 23, the defendant requested a "brief adjournment" of the March 16 trial. No brief adjournment is possible. All jury trials during this pandemic are conducted in reconfigured courtrooms that provide for social distancing, and the scheduling of the trials for that limited number of courtrooms is centralized. The trials for February and March were scheduled by the Clerk's Office months ago. In this case, the parties were advised on December 11 of their trial date of March 16. The date by which a judge was required to request access to these reconfigured courtrooms for the period April to June has also passed. Accordingly, it is hereby

ORDERED that the request for an adjournment is denied.

IT IS FURTHER ORDERED that the Government and defense counsel will cooperate to arrange for adequate access of defense counsel to the defendant this week. As required by an Order issued February 23 they shall report by Thursday, February 25,

whether those arrangements have been made or they need the assistance of the Court.

Dated: New York, New York
February 24, 2021

                                          _____
                                                DENISE COTE
                                        United States District Judge