```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       19cr463-7 (DLC)
              -v-                        :       21cr192 (DLC)
                                         :
DAVID MALEH,                             :          ORDER
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 21, 2021, defense counsel informed the Court that the defendant prefers that the **April 30** substitution of counsel conference occur via videoconference as opposed to in person, or by telephone if a videoconference is not available. The Court has been informed that it is not possible to arrange a videoconference with the defendant on that day or on any date near **April 30, 2021**. Accordingly, it is hereby

ORDERED that the proceeding is rescheduled for **April 30, 2021 at 12:30 PM** and shall take place by telephone. The dial-in credentials for the telephone conference are the following:

    Dial-in:       888-363-4749
    Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         April 21, 2021

                                  _____
                                       Denise Cote
                                  United States District Judge