UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                :

UNITED STATES OF AMERICA,         :     19cr4636-7 (DLC)
                                                :     21cr192 (DLC)
         -v-                             :
                                                :       ORDER
DAVID MALEH,                              :
                     Defendant.   :
                                                :
---------------------------------------- X

DENISE COTE, District Judge:

    As set forth at the telephone conference held on April 30, 2021, it is hereby

    ORDERED that retained counsel Cathy A. Fleming is relieved as counsel for the defendant and the appearance by retained counsel Nicholas D. Smith is accepted.

    IT IS FURTHER ORDERED that the Clerk of Court shall terminate Ms. Fleming's appearance.

Dated:    New York, New York
          April 30, 2021

                                        _____
                                             DENISE COTE
                                 United States District Judge