```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :    19cr463-7(DLC)
                                        :    21cr192(DLC)
          -v-                           :
                                        :       ORDER
DAVID MALEH,                            :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 29, 2023, this Court appointed David Stern to represent the defendant. In a letter dated January 4, 2024, and docketed on January 11, the defendant David Maleh requested a copy of the docket sheet in his case. Accordingly, the defendant is hereby

NOTIFIED that his requests should be made to his counsel.

The Clerk of Court is hereby directed to mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:     New York, New York
           January 17, 2024

                                 _____
                                         DENISE COTE
                                 United States District Judge