**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

RACHEL PERILLO

January 18, 2024

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: United States v. David Maleh
        <u>19 Cr. 463 (DLC), 21 Cr. 192 (DLC)</u>

Dear Judge Cote:

  I am the attorney for David Maleh, having been appointed on November 29, 2023 pursuant to the Criminal Justice Act to represent Mr. Maleh in his motion for a sentence reduction in light of Amendment 821 of the United States Sentencing Guidelines. Per the Court's Order dated November 29, 2023, the government filed a statement of its position on Mr. Maleh's motion for a sentence reduction on December 22, 2023, and the defendant is to file his response no later than January 19, 2024. This letter is respectfully submitted without objection from the government, by AUSA Sheb Swett, to request a 30-day extension of time to file Mr. Maleh's motion. The reason for this request is that more time is needed to complete the motion because we have not yet been able to speak with Mr. Maleh, who is in custody at FCI Fort Dix, and would like the opportunity to talk to him before filing his submission.

  If the Court has any questions regarding this application, please do not hesitate to contact me.

*[Handwritten note: Any submission can by the defendant is due 2/16/24. /s/ Denise Cote 1/19/24]*

Respectfully submitted,
/s/
David Stern

cc: AUSA Sheb Swett, AUSA Aline Flodr
   *By ECF*