## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 13, 2025

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Granted.*
*/s/ Denise Cote*
*2/13/25*

Re: United States v. David Maleh
    19 Cr. 463 (DLC)

Dear Judge Cote:

I represented Mr. David Maleh in the above referenced case. An associate of my firm, Rachel Perillo expended a total of 5.4 hours, nunc pro tunc to January 18, 2024, assisting me with the motion for sentence reduction.

I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $137.00 for associate time in this matter.

If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

Sincerely,

David Stern

David Stern